1 | JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
2 | Attorneys at Law
555 Capitol Mall, 9th Floor
3 | Sacramento, CA  95814
Phone: 916.444.3900
4 | Fax:    916.444.3249

5 | Attorneys for Defendant Sutter Health dba Marin Square

6 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH
7 | *A Professional Law Corporation*
4328 Redwood Highway, Suite 300
8 | San Rafael, CA  94903
Phone: 415.674.8600
9 | Fax:    415.674.9900

10 | Attorneys for Plaintiffs Craig Yates and Disability Rights
Enforcement, Education Services: Helping You Help Others
11 |

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | CRAIG YATES, an individual; and                )   Case No. CV 08-5319 WHA
DISABILITY RIGHTS ENFORCEMENT,                  )
15 | EDUCATION SERVICES: HELPING YOU             )   **STIPULATION AND [~~PROPOSED~~]**
HELP OTHERS, a California public benefit         )   **ORDER FOR AN EXTENSION OF**
16 | corporation,                                    )   **TIME FOR DEFENDANT SUTTER**
                                                )   **HEALTH dba MARIN SQUARE**
17 |                     Plaintiffs,                 )
                                                )
18 |          v.                                     )
                                                )
19 | SUTTER HEALTH, a California corporation,     )
dba MARIN SQUARE,                               )
20 |                                                 )
                     Defendants.                 )
21 | _____  )

22 |

23 |          IT IS HEREBY STIPULATED by and between Plaintiffs Craig Yates and Disability Rights

24 | Enforcement, Education Services: Helping You Help Others and Defendant Sutter Health dba Marin

25 | / / /

26 | / / /

27 | / / /

28 | / / /



1

STIPULATION & [PROPOSED] FOR EXTENSION TO RESPOND TO COMPLAINT          1158618v1 99999/0001

1  Square, through their undersigned counsel, that Defendant's time to respond to the complaint filed by

2  Plaintiffs in this case, shall be extended to January 29, 2009.

3

4  DATED: January 12, 2009                    McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law
5

6
                                              By: _____/s/ Julie Raney_____
7                                                        JULIE RANEY

8                                             Attorneys for Defendant Sutter Health dba Marin
                                              Square
9

10 DATED: January 13, 2009                    THOMAS E. FRANKOVICH
                                              A Professional Law Corporation
11

12
                                              By: _____/S/_____
13                                                  THOMAS E. FRANKOVICH

14                                            Attorneys for Plaintiffs Craig Yates and Disability
                                              Rights Enforcement, Education Services: Helping
15                                            You Help Others

16

17                                  **ORDER**

18

19          PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22 DATED: January 14, 2009                    _____
                                              JUDGE OF THE U.S. DISTRICT COURT
23

24

25

26

27

28



2
STIPULATION & [PROPOSED] FOR EXTENSION TO RESPOND TO COMPLAINT          1158618v1 99999/0001