IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YATES, | No. C 08-05319 WDB |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| SUTTER HEALTH, | |
| Defendant. | |

The above-captioned action was reassigned randomly to the undersigned pursuant to the parties' consent to proceed before a Magistrate Judge for all further proceedings. Due to the undersigned's retirement on October 2, 2009, and in order to avoid imposing unnecessary delays on the parties, this action will be reassigned randomly to another Magistrate Judge of this Court.

**IT IS SO ORDERED.**

Dated: June 24, 2009

WAYNE D. BRAZIL
United States Magistrate Judge