```
 1   JULIE RANEY (SBN 176060)
     McDONOUGH HOLLAND & ALLEN PC
 2   Attorneys at Law
     500 Capitol Mall, 18th Floor
 3   Sacramento, CA  95814
     Phone: 916.444.3900
 4   Fax:    916.444.8334

 5   Attorneys for Defendant Sutter Health
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SUTTER HEALTH, a California corporation, dba MARIN SQUARE,<br><br>　　　　　　　Defendants. | Case No. CV 08-5319 BZ<br><br>**DEFENDANT'S NOTICE OF REQUEST TO ATTEND CASE STATUS CONFERENCE VIA TELEPHONE**<br><br>DATE:　July 27, 2009<br>TIME:　4:00 p.m.<br>PLACE:　Magistrate Judge Bernard Zimmerman<br>　　　　Courtroom G, 15th Floor |

　　　Defendant, Sutter Health, hereby requests that it be allowed to attend the Case Status Conference scheduled for July 27, 2009 at 4:00 p.m. via telephone. The parties appeared before The Honorable William Alsup on June 11, 2009 and stipulated to submit to the ADR Program. The ADR Case Administrator appointed David T. Alexander as the Mediator on June 30, 2009.

DATED: July 22, 2009

　　　　　　　　　　　　　　　　McDONOUGH HOLLAND & ALLEN PC
　　　　　　　　　　　　　　　　Attorneys at Law


　　　　　　　　　　　　　　　　By: _____/s/ Julie Raney_____
　　　　　　　　　　　　　　　　　　　JULIE RANEY

　　　　　　　　　　　　　　　　Attorneys for Defendant Sutter Health



## ORDER

PURSUANT TO THE REQUEST FOR ATTENDANCE VIA TELEPHONE BY DEFENDANT SUTTER HEALTH, IT IS SO ORDERED.

DATED: July 23, 2009

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN