THOMAS E. FRANKOVICH (State Bar #074414)
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California corporation, dba MARIN SQUARE,<br><br>     Defendant. | **CASE NO. CV-5319-BZ**<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** |

Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, through their undersigned counsel, hereby submit this request for telephonic appearance at the Status Conference currently set for July 27, 2009 at 4:00 p.m.

///

///

///

///

**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AND  [PROPOSED] ORDER**

1

1  The parties have appeared before the Honorable William Alsup on June 11, 2009.  An order of
2  reference to the ADR Program for Mediation was filed by the Honorable Alsup on June 11, 2009.
3  The ADR Case Administrator has appointed David T. Alexander as the Mediator for the above-
4  referenced case on June 30, 2009.

5  As counsel for the Defendant has requested to appear at the Status Conference
6  telephonically, counsel for the plaintiffs' also makes similar request to reduce further costs.
7  However, if the court requests counsel for the plaintiffs' to appear in person then counsel for the
8  plaintiffs' will appear.

10  Dated: July 22, 2009         THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By: _____/s/_____
                                        Thomas E. Frankovich
                                 Attorneys for Plaintiffs CRAIG YATES and
                                 DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES

16                                     **ORDER**

17  **IT IS HEREBY ORDERED** that counsel for the Plaintiffs' may attend the Status
18  Conference set for July 27, 2009 at 4:00 p.m. telephonically.

21  DATED: ____July 24,_____, 2009

22                                 By: _____[signature]_____
23                                     HONORABLE BERNARD ZIMMERMAN
24                                     UNITED STATES MAGISTRATE JUDGE

**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AND  [PROPOSED] ORDER**

2