THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California corporation, dba MARIN SQUARE<br>  Defendants. | **CASE NO. CV-08-5319-BZ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

6
7 Dated: December 15, 2009    THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*
8
9                             By:_____/S/_____
                                 Thomas E. Frankovich
10                            Attorneys for CRAIG YATES and
                              DISABILITY RIGHTS ENFORCEMENT,
11                            EDUCATION SERVICES:HELPING YOU HELP
                              OTHERS
12
13
14
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Dated: _____, 2009    **McDONOUGH HOLLAND & ALLEN PC**
Attorneys at Law

By: _____
Julie Raney
Attorneys for SUTTER HEALTH, a California corporation, dba MARIN SQUARE

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2009

_____
Honorable Bernard Zimmerman
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-

Dated: 12/15, 2009

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
Julie Railey
Attorneys for SUTTER HEALTH, a California corporation, dba MARIN SQUARE

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary, until Jan 1, 2011

Dated: 15 Dec, 2009

_____
Honorable Bernard Zimmerman
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-